# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

November 21, 2011

Lyle W. Cayce
Clerk

No. 11-30196

D.C. Docket No. 2:10-CV-3293
D.C. Docket No. 2:10-CV-4038



U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   JAN 2 4 2012

LORETTA G. WHYTE
CLERK

YUR-MAR, L.L.C.,

    Plaintiff - Appellant

v.

JEFFERSON PARISH COUNCIL; JEFFERSON PARISH; NEWELL
NORMAND, Sheriff for the Parish of Jefferson,

    Defendants - Appellees

-----------------------------------------------------------------------

JASON C. JAUME; MICHAEL J. BEECHER; OUR KINGDOM,
INCORPORATED; JOSEPH S. ANCONA, JR.; J.O.D., INCORPORATED,

    Plaintiffs - Appellants

v.

JEFFERSON PARISH,

    Defendant - Appellee

    Appeal from the United States District Court for the
    Eastern District of Louisiana, New Orleans

Before JONES, Chief Judge, HAYNES, Circuit Judge, and ENGELHARDT,
District Judge[*].

---

[*]United States District Judge for the Eastern District of Louisiana, sitting by designation.

# JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiffs-appellants pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: DEC 1 3 2011

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit
By: _____
Deputy      JAN 2 0 2012

New Orleans, Louisiana